## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENKISER PHARMACEUTICALS, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., et al., <br><br> Defendants. | C.A. No. 13-1461-RGA |

### JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Reckitt Benkiser Pharmaceuticals, Inc., RB Pharmaceuticals Ltd. and Monosol RX, LLC (collectively, "Plaintiffs") and LTS Lohmann Therapy Systems Corp. ("LTS"), pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate, in view of the representations made in LTS's January 14, 2014 letter to Plaintiffs, to the dismissal of all claims brought by Plaintiffs against LTS in this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

WOMBLE, CARLYLE, SANDRIDGE & RICE LLP

 /s/ Mary W. Bourke
Mary W. Bourke (No. 2356)
Dana K. Severance (No. 4869)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320
mbourke@wcsr.com
dseverance@wcsr.com

*Attorneys for Plaintiffs*

Dated: January 21, 2014

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Defendant LTS Lohmann Therapy Systems Corp.*

IT IS SO ORDERED this \_\_\_\_\_ day of January, 2014.

 

_____
The Honorable Richard G. Andrews
United States District Judge