# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., INTELGENX TECHNOLOGIES CORP. and LTS LOHMANN THERAPY SYSTEMS CORP., <br><br> Defendants. | C.A. No. 13-1461-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 21, 2014, true and correct copies of Defendant Par Pharmaceutical, Inc.'s Initial ESI Disclosures were caused to be served on the following counsel as indicated:

**VIA ELECTRONIC MAIL**
Mary W. Bourke
Dana Kathryn Severance
Daniel Attaway
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320
mbourke@wcsr.com
dseverance@wcsr.com
dattaway@wcsr.com

**VIA ELECTRONIC MAIL**
James F. Hibey
Timothy C. Bickham
Houda Morad
Stephanie L. Sconewald
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036
(202) 429-3000
jhibey@steptoe.com
tbickham@steptoe.com
hmorad@steptoe.com
sschonew@steptoe.com

**VIA ELECTRONIC MAIL**
Daniel Ladow
James M. Bollinger
Timothy P. Heaton
Troutman sanders LLP
405 Lexington Ave.
New York, NY 10174
Daniel.ladow@troutmansanders.com
James.bollinger@troutmansanders.com
Timothy.heaton@troutmansanders.com

Troy S. Kleckley
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
Troy.kleckley@troutmansanders.com

|  |  |
|---|---|
| Of Counsel: | _/s/ Katharine C. Lester_ |
|  | Steven J. Fineman (#4025) |
|  | Katharine C. Lester (#5629) |
| Daniel G. Brown | RICHARDS LAYTON & FINGER, P.A. |
| Jennifer R. Saionz | One Rodney Square |
| LATHAM & WATKINS LLP | 920 North King Street |
| 885 Third Avenue | Wilmington, DE 19801 |
| New York, NY 10022 | (302) 651-7700 |
| (212) 906-1200 | Fineman@rlf.com |
|  | Lester@rlf.com |
| James K. Lynch |  |
| LATHAM & WATKINS LLP | *Attorneys for Defendant Par* |
| 505 Montgomery Street, Suite 2000 | *Pharmaceutical, Inc.* |
| San Francisco, CA 94111-6538 |  |
| (415) 391-0600 |  |

Emily C. Melvin
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: January 22, 2014