# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) | CA. No. 13-1461-RGA |
| v. | ) ) | |
| PAR PHARMACEUTICAL, INC., and INTELGENX TECHNOLOGIES CORP., | ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS'
## MOTION TO DISMISS THE AMENDED COMPLAINT AND COUNTERCLAIMS

The Court having considered Plaintiff's Motion To Dismiss the Amended Complaint and

Counterclaims and having concluded that good grounds exist for the requested relief, now

therefore,

IT IS HEREBY ORDERED that:

Plaintiff's Motion to Dismiss the Amended Complaint and Counterclaims WITHOUT

PREJUDICE is GRANTED. **FN]**

SO ORDERED this 27th day of May, 2014.

_Richard G. Andrews_
United States District Judge

FN] The court will issue a separate order in regard to scheduling.